# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

**Fort Lauderdale Courtroom 310**  Date: 12/29/2025   Time: 11:00 AM

**Defendant:** Yusuf Minor   **J#:** 32730-512   **Case #:** 0:25-mj-06756-AOV-2

**AUSA:** Vanessa Bonhomme in for Lindsey Maultasch   **Attorney:** Jeffrey H. Garland (CJA)

**Violation:** 18:U.S.C.§1201 KIDNAPPING

**Proceeding:** Initial Appearance   **CJA Appt:** Jeffrey H. Garland (CJA)

**Bond/PTD Held:** ☐ Yes ☐ No   **Recommended Bond:**

**Bond Set at:**   **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS **as directed**/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or **Curfew** ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** English

**Disposition:**
Defendant present. Defendant advised of his rights and charges. Defendant was sworn and testified as to appointing counsel. Defendant qualifies for the services of the Federal Public Defender's Office. Court appoints AFPD. Defendant ore tenus motion to appoint counsel (AFPD)- Granted. Federal Public Defender's office informed the court of a conflict and appoint CJA Jeffrey H. Garland. CJA Jeffrey H. Garland could not be reached in open court. Government ore tenus motion for Pretrial Detention Hearing-Granted-. Defense ore tenus motion to continue Pretrial Detention Hearing-Granted-. **Brady Order Entered Today.**

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:**

**PTD/Bond Hearing:** 1/5/2026 9:00AM AM in Fort Lauderdale Division before FTL Duty Magistrate Judge

**Prelim/Arraign or Removal:** 1/12/2026 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge

**Status Conference RE:**

**D.A.R.** 12:27:48   **Time in Court:** 10 Minutes

**CHECK IF APPLICABLE:** ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..